

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-18-00085-CR

---

JARED SCHUREN, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 427th District Court
Travis County, Texas
Trial Court No. D-1-DC-17-900004

---

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

Our review of the court reporter's record in this case indicates that it contains "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.10(a)(1). Volumes nine, ten, eleven, twelve, thirteen, and fourteen of the reporter's record include social security numbers. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because volumes nine through fourteen of the reporter's record contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed volumes nine through fourteen of the reporter's record in this case.

IT IS SO ORDERED.

BY THE COURT

Date: March 5, 2019

2